UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., et al., | ) ) ) Case No. 2:15-cv-02737 ) ) ) Judge Edmund A. Sargus, Jr. ) Magistrate Judge Kimberly Jolson ) ) ) ) ) ) |
| Plaintiffs, | |
| vs. | |
| PREFERRED REAL ESTATE INVESTMENTS, LLC, et al., | |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiff Miami Valley Fair Housing Center, Inc. and Defendants Preferred Real Estate Investments, Inc., Preferred Real Estate Investments, LLC, Preferred Real Estate Investments II, LLC, Andover Park, LLC, Andover Park II, LLC, Taylor House, LLC, Palmer Square, LLC, Clifton Park, LLC, and Alexander Square, LLC (collectively, "Parties") hereby submit this Joint Status Report to update the Court on their progress towards resolving this case pursuant to the Court's Order of Nov. 14, 2018 (Doc. 160).

The Parties are still in the process of finalizing a settlement agreement that would fully resolve this matter. The Parties hereby request that the Court stay the action until Dec. 5, 2018 to permit the Parties to finalize the documents, obtain signatures of all of the Parties, and submit the appropriate documentation to the Court for approval.

Dated: November 28, 2018         Respectfully submitted,

/s/ Stephen M. Dane
Stephen M. Dane (Ohio Bar No. 0013057)
Reed Colfax (admitted *pro hac vice*)
Megan Cacace (admitted *pro hac vice*)

Laura Gaztambide-Arandes (admitted *pro hac vice*)
Relman, Dane & Colfax, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
(202) 728-1888
(202) 728-0848 (facsimile)
sdane@relmanlaw.com
rcolfax@relmanlaw.com
mcacace@relmanlaw.com
larandes@relmanlaw.com

*Attorneys for Plaintiffs*

/s/  Matthew Zeiger
Matthew Zeiger (Ohio Bar No. 0075117)
Zachary Sugarman
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 S. High Street
Columbus, OH 43215
Telephone: (614) 365-9900
Facsimile: (614) 365-7900
zeigerm@litohio.com
sugarman@litohio.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of November, 2018, a true and correct copy of the foregoing Joint Status Report was filed via the CM/ECF system for the Southern District of Ohio and served on the following counsel for Defendants via same:

Matthew Zeiger
Zachary Sugarman
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 S. High Street
Columbus, OH 43215
Telephone: (614) 365-9900
Facsimile: (614) 365-7900
little@litohio.com
zeigerm@litohio.com
sugarman@litohio.com

*Counsel for Defendants*

                /s/ Laura Gaztambide-Arandes
                Laura Gaztambide-Arandes